```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    ELIAZAR PONCE-ORTIS
 7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    )  No. 09-CR-298-EJG
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER
                                 )
12       v.                      )  Date: August 14, 2009
                                 )  Time: 10:00 a.m.
13  ELIAZAR PONCE-ORTIS,         )  Judge: Hon. Edward J. Garcia
                                 )
14              Defendant.       )
    _____)
15
```

16      IT IS HEREBY STIPULATED by the parties, through counsel, Daniel S.

17  McConkie, Assistant United States Attorney, and Michael Petrik, Jr.,

18  attorney for Mr. Ponce-Ortis, that the Court should vacate the status

19  conference scheduled for August 14, 2009, at 10:00 a.m., and reset it

20  for August 28, 2009, at 10:00 a.m.

21      Counsel for Mr. Ponce-Ortis requires the continuance in order to

22  review discovery fully, and to become familiar with the issues this

23  case presents.

24      It is further stipulated by the parties that the Court should

25  exclude the period from the date of this order through August 28, 2009,

26  when it computes the time within which the trial of the above criminal

27

28  STIPULATION AND [PROPOSED ORDER]          1                    09-CR-298-EJG

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Ponce-Ortis' request for a continuance outweigh the best interest of the public and Mr. Ponce-Ortis in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 11, 2009          Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender
                                Attorneys for Defendant

Dated: August 11, 2009          LAWRENCE G. BROWN
                                Acting United States Attorney

                                /s/ M.Petrik for Daniel S. McConkie
                                    (consent via telephone)
                                _____
                                DANIEL S. McCONKIE
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on August 28, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: August 11, 2009          /s/ Edward J. Garcia
                                _____
                                HON. EDWARD J. GARCIA
                                United States District Judge