DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ELIAZAR PONCE-ORTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 09-CR-298-EJG |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | (as modified*) |
| v.   ) | Date:  August 27, 2009 |
| ) | Time:  10:00 a.m. |
| ELIAZAR PONCE-ORTIS,   ) | Judge: Hon. Edward J. Garcia |
| ) | |
| Defendant.   ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by the parties, through counsel, Daniel S. McConkie, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Ponce-Ortis, that the Court should vacate the status conference scheduled for August 28*, 2009, at 10:00 a.m., and reset it for September 25, 2009, at 10:00 a.m.

    Counsel for Mr. Ponce-Ortis requires the continuance in order to review discovery fully, and to become familiar with the issues this case presents.  The parties have initiated plea negotiations.

    It is further stipulated by the parties that the Court should exclude the period from the date of this order through September 25, 2009, when it computes the time within which the trial of the above

STIPULATION AND [PROPOSED ORDER]            1                    09-CR-298-EJG

criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Ponce-Ortis' request for a continuance outweigh the best interest of the public and Mr. Ponce-Ortis in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 26, 2009            Respectfully submitted,

                                              DANIEL BRODERICK
                                              Federal Defender

                                              /s/ M.Petrik
                                              _____
                                              MICHAEL PETRIK, Jr.
                                              Assistant Federal Defender
                                              Attorneys for Defendant

Dated: August 26, 2009            LAWRENCE G. BROWN
                                              Acting United States Attorney

                                              /s/ M.Petrik for Daniel S. McConkie
                                                  (consent via telephone)
                                              _____
                                              DANIEL S. McCONKIE
                                              Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on September 25, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  August 26, 2009            /s/ Edward J. Garcia
                                              HON. EDWARD J. GARCIA
                                              United States District Judge