```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    ELIAZAR PONCE-ORTIS
 7
```

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,     )  No. 09-298 EJG
                                  )
11              Plaintiff,        )  STIPULATION AND ORDER
                                  )
12       v.                       )  Date:  September 25, 2009
                                  )  Time:  10:00 a.m.
13  ELIAZAR PONCE-ORTIS,          )  Judge: Hon. Edward J. Garcia
                                  )
14              Defendant.        )
    _____)
15
```

16       IT IS HEREBY STIPULATED by the parties, through counsel, Daniel S.

17  McConkie, Assistant United States Attorney, and Michael Petrik, Jr.,

18  attorney for Mr. Ponce-Ortis, that the Court should vacate the status

19  conference scheduled for September 25, 2009, at 10:00 a.m., and reset

20  it for November 6, 2009, at 10:00 a.m.

21       Counsel for Mr. Ponce-Ortis requires the continuance in order to

22  review discovery fully, and to become familiar with the issues this

23  case presents.  The parties have initiated plea negotiations.

24       It is further stipulated by the parties that the Court should

25  exclude the period from the date of this order through November 6,

26  2009, when it computes the time within which the trial of the above

27

28  STIPULATION AND [PROPOSED ORDER]           1                    09-298 EJG

criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Ponce-Ortis' request for a continuance outweigh the best interest of the public and Mr. Ponce-Ortis in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: September 22, 2009         Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: September 22, 2009         LAWRENCE G. BROWN
                                  United States Attorney

                                  /s/ M.Petrik for Daniel S. McConkie
                                  _____
                                  DANIEL S. McCONKIE
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 6, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: September 22, 2009         /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
                                  United States District Judge