DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ELIAZAR PONCE-ORTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 09-298 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | Date: November 6, 2009 |
| | ) | Time: 10:00 a.m. |
| ELIAZAR PONCE-ORTIS, | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by the parties, through counsel, Daniel S. McConkie, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Ponce-Ortis, that the Court should vacate the status conference scheduled for November 6, 2009, at 10:00 a.m., and reset it for December 11, 2009, at 10:00 a.m.

   Counsel for Mr. Ponce-Ortis requires the continuance in order to finalize settlement of this case.  The parties have initiated plea negotiations, but will not have reached a settlement by November 6, 2009.  Counsel for Mr. Ponce-Ortis requires further time to achieve a negotiated settlement, and review it with Mr. Ponce-Ortis.

/ / /

STIPULATION AND [PROPOSED ORDER]          1                              09-298 EJG

1    It is further stipulated by the parties that the Court should
2 exclude the period from the date of this order through December 11,
3 2009, when it computes the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial
5 Act.  The parties stipulate that the ends of justice served by granting
6 Mr. Ponce-Ortis' request for a continuance outweigh the best interest
7 of the public and Mr. Ponce-Ortis in a speedy trial, and that this is
8 an appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 2, 2009            Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender

Dated: November 2, 2009            LAWRENCE G. BROWN
                                   United States Attorney

                                   /s/ M.Petrik for Daniel S. McConkie
                                   _____
                                   DANIEL S. McCONKIE
                                   Assistant U.S. Attorney

**ORDER**

   **IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on December 11, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:__November 3, 2009_____   /s/ Edward J. Garcia   _____
                                   HON. EDWARD J. GARCIA
                                   United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                      09-298 EJG