1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   ELIAZAR PONCE-ORTIS
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. 09-298 EJG
                                )
11              Plaintiff,      ) STIPULATION AND ORDER
                                )
12     v.                       ) Date:  May 21, 2010
                                ) Time:  10:00 a.m.
13 ELIAZAR PONCE-ORTIS,         ) Judge: Hon. Edward J. Garcia
                                )
14              Defendant.      )
   _____)
15

16      IT IS HEREBY STIPULATED by the parties, through counsel, Daniel S.
17 McConkie, Assistant United States Attorney, and Michael Petrik, Jr.,
18 attorney for Mr. Ponce-Ortis, that the Court should vacate the trial
19 confirmation hearing scheduled for May 21, 2010, at 10:00 a.m., and
20 vacate the trial set for June 7, 2010, at 9:00 a.m., reset this case
21 for status conference on June 11, 2010, at 10:00 a.m.
22      The parties have negotiated a resolution in this matter.  Counsel
23 for Mr. Ponce-Ortis anticipates that the case will resolve short of
24 trial; however, counsel requires additional time to finalize
25 negotiations and confer with Mr. Ponce-Ortis.
26 / / /
27
28 STIPULATION AND [PROPOSED ORDER]        1                    09-298 EJG

It is further stipulated by the parties that the Court should exclude the period from the date of this order through June 11, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Ponce-Ortis' request for a continuance outweigh the best interest of the public and Mr. Ponce-Ortis in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 19, 2010               Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: May 19, 2010               BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for Daniel S. McConkie
                                  _____
                                  DANIEL S. McCONKIE
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on June 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).


DATED: May 19, 2010               /s/ Edward J. Garcia
                                  _____
                                  HON. EDWARD J. GARCIA
                                  United States District Judge