1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant
   ELIAZAR PONCE-ORTIS

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 09-298 EJG
                                  )
11              Plaintiff,        ) STIPULATION AND ORDER
                                  )
12      v.                        ) Date:  June 25, 2010
                                  ) Time:  10:00 a.m.
13 ELIAZAR PONCE-ORTIS,           ) Judge: Hon. Edward J. Garcia
                                  )
14              Defendant.        )
   _____)

16      IT IS HEREBY STIPULATED by the parties, through counsel, Daniel S.
17 McConkie, Assistant United States Attorney, and Michael Petrik, Jr.,
18 attorney for Mr. Ponce-Ortis, that the Court should vacate the status
19 conference scheduled for June 11, 2010, at 10:00 a.m., and reset this
20 case for status conference on June 25, 2010, at 10:00 a.m.

21      The parties have negotiated a resolution in this matter. Counsel
22 requires additional time to finalize negotiations and confer with Mr.
23 Ponce-Ortis.

24      It is further stipulated by the parties that the Court should
25 exclude the period from the date of this order through June 25, 2010,
26 when it computes the time within which the trial of the above criminal

28 STIPULATION AND [PROPOSED ORDER]        1                    09-298 EJG

1 prosecution must commence for purposes of the Speedy Trial Act. The
2 parties stipulate that the ends of justice served by granting Mr.
3 Ponce-Ortis' request for a continuance outweigh the best interest of
4 the public and Mr. Ponce-Ortis in a speedy trial, and that this is an
5 appropriate exclusion of time for defense preparation within the
6 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 10, 2010               Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

Dated: June 10, 2010               BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for Daniel S. McConkie
                                   _____
                                   DANIEL S. McCONKIE
                                   Assistant U.S. Attorney

### ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:   June 10, 2010             /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   United States District Judge